**FILED**

FEB 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0151 |
| v. | ) | |
| JAMES ARIKPO, | ) | Violations: Title 18, United States |
| TOMITA INYANG | ) | Code, Sections 1029(a)(2) and (b)(2). |
| BILLI ALAKA, and | ) | |
| JELIL ADAMS | ) | |

JUDGE BUCKLO
MAGISTRATE JUDGE MASON

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

1. At times material to this indictment:

    a. Washington Mutual Bank ("WaMu") was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation. WaMu had bank facilities located throughout the United States.

    b. TCF Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation. TCF Bank had bank facilities located throughout in Illinois, Minnesota, Wisconsin, Colorado, and Indiana.

    c. Defendant JAMES ARKIPO was employed as a bank teller at the WaMu branch located at 41 North Wabash Avenue, Chicago, Illinois. As a result of his duties, ARKIPO had access to WaMu customer information, including customers' names, account numbers and social security numbers.

2. From in or about April 2007, and continuing until in or about December 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

> JAMES ARIKPO,
> TOMITA INYANG,
> BILLI ALAKA,
> and JELIL ADAMS,

defendants herein, conspired with each other, and with persons known and unknown to the Grand Jury, to commit offenses against the United States, namely to: knowingly and with intent to defraud traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(2).

3. It was part of the conspiracy that defendant ARIKPO agreed to provide defendant INYANG, defendant ADAMS, and Co-conspirator A with WaMu customer information in return for $200 per account for which information was provided.

4. It was further part of the conspiracy that while defendant ARIKPO worked at WaMu as a bank teller, he accessed customer accounts and, without authority, obtained and recorded account information and personal identifiers, including customers' names, addresses, account numbers, and social security numbers. Defendant ARIKPO then provided the account information and personal identifiers to defendant INYANG, defendant ADAMS, and Co-conspirator A in return for money.

5. It was further part of the conspiracy that defendant INYANG recruited

defendant ALAKA to falsely pose as WaMu customers for the purpose of using the unlawfully obtained account information provided by defendant ARIKPO to make fraudulent withdrawals from those customers' accounts at WaMu branches located in the Chicago area.

6. It was further part of the conspiracy that defendants INYANG, ALAKA, and ADAMS used the account information provided by defendant ARIKPO to make unauthorized withdrawals at WaMu branches in the Chicago area and to make unauthorized on-line transfers through WaMu's website from those WaMu accounts to accounts controlled by defendants INYANG, and ADAMS, at other banks including TCF Bank, for their personal benefit and without the permission or authorization of the individuals from whose accounts the funds were transferred.

7. It was further part of the conspiracy that defendants INYANG and ALAKA used the personal identifiers of WaMu customers provided by defendant ARIKPO to obtain false identification cards in the names of these WaMu account holders. Defendants INYANG and ALAKA then used the false identification cards to make unauthorized withdrawals from the WaMu accounts maintained by these customers.

## OVERT ACTS

8. In furtherance of the conspiracy, and to effect the objects of the conspiracy defendants ARIKPO, INYANG, ALAKA, and ADAMS did commit the following overt acts, among others, in the Northern District of Illinois, Eastern Division, and elsewhere:

   a. From approximately April 2007 through October 2007, defendant

ARIKPO accessed at least 75 customer accounts at WaMu and without authority recorded the customer information for these accounts including names, social security numbers, and account numbers. ARIKPO then provided this customer account information to INYANG or ADAMS in return for $200 per account.

  b. In or about May 2007, INYANG obtained a passport size photograph from ALAKA. INYANG used personal identifiers for Victim B, which were the personal identifiers of a WaMu customer that had been fraudulently provided by ARIKPO, and ALAKA's photograph to have a false identification card made in the name of Victim B.

  c. From on or about May 29, 2007, to on or about May 30, 2007, at the WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois, ALAKA used a false identification card in the name of Victim B to fraudulently withdraw approximately $4,800 from Victim B's WaMu account without Victim B's knowledge or consent.

  d. In or around May 2007, INYANG used personal identifiers for Victim C, which were the personal identifiers of a WaMu customer that had been fraudulently obtained and provided by ARIKPO, to obtain a false identification card in the name of Victim C with INYANG's photograph.

  e. From on or about May 29, 2007, to May 30, 2007, at the WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois, INYANG used the false identification card in the name of Victim C to fraudulently withdraw approximately $4,800 from Victim C's WaMu account without Victim C's knowledge or consent.

  f. On or about August 8, 2007, defendant ADAMS opened a TCF Bank account in the name of Individual A for the purpose of receiving funds from WaMu accounts. On or about August 28, 2007, defendants ADAMS and INYANG without the authority of Victim A used the personal identification information fraudulently obtained from defendant ARIKPO to open an on-line WaMu account in the name of Victim A. Defendants ADAMS and INYANG used the on-line account at WaMu opened for Victim A to fraudulently transfer approximately $19,500 from the WaMu account of Victim A to the TCF Bank account in the name of Individual A but actually controlled by ADAMS. Once the funds had been received in the TCF Bank account, ADAMS transferred approximately $4,000 of the funds to his own account at TCF Bank.

  9. It was further part of the conspiracy that defendants ARIKPO, INYANG, ALAKA, and ADAMS did misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden the purposes of and acts done in furtherance of the conspiracy.

  All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 29, 2007, at Calumet Park, in the Northern District of Illinois, Eastern Division,

TOMITA INYANG,

defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $2,400 from said WaMu account at a WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 30, 2007, at Calumet Park, in the Northern District of Illinois, Eastern Division,

TOMITA INYANG,

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $2,400 from said account at a WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## **COUNT FOUR**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 31, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

**TOMITA INYANG,**

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $2,400 from said WaMu account at a WaMu branch located at 1565 North LaSalle Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 1, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### TOMITA INYANG,

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $4,800 from said WaMu account at a WaMu branch located at 1565 North LaSalle Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT SIX

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 2, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

TOMITA INYANG,

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $4,800 from said WaMu account at a WaMu branch located at 1364 East 53rd Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT SEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 5, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### TOMITA INYANG,

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim C to make an unauthorized withdrawal of approximately $4,800 from said WaMu account located at 1364 East 53rd Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT EIGHT

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about September 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

TOMITA INYANG,

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim D to make an unauthorized withdrawal of approximately $1,600 from said WaMu account at a WaMu branch located at 2662 North Lincoln Avenue, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## **COUNT NINE**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 29, 2007, at Calumet Park, in the Northern District of Illinois, Eastern Division,

### BILLI ALAKA

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim B to make an unauthorized withdrawal of approximately $2,400 from said WaMu account at a WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT TEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 30, 2007, at Calumet Park, in the Northern District of Illinois, Eastern Division,

### BILLI ALAKA

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the WaMu account number for an account held in the name of Victim B to make an unauthorized withdrawal of approximately $2,100 from said WaMu account at a WaMu branch located at 13023 South Ashland Avenue, Calumet Park, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT ELEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 5, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### BILLI ALAKA

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the account number for an account held in the name of Victim E to make an unauthorized withdrawal of approximately $5,000 from said WaMu account at 1364 East 53rd Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT TWELVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 6, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### BILLI ALAKA

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the account number for an account held in the name of Victim E to make an unauthorized withdrawal of approximately $4,800 from said WaMu account at a WaMu branch located at 1364 East 53rd Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT THIRTEEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### BILLI ALAKA

defendant herein, defendant herein, knowingly and with intent to defraud did traffic and use one or more unauthorized access devices, namely stolen bank account information, during any one year period, and by such conduct obtain things of value aggregating $1,000 or more during that period thereby affecting interstate commerce, namely he used the account number for an account held in the name of Victim E to make an unauthorized withdrawal for $4,800 from said WaMu account at a WaMu branch located at 1364 East 55th Street, Chicago, Illinois;

In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY