Minute Order Form (rev. 4/99)

NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1169 | DATE | FEBRUARY 21, 2008 |
| CASE TITLE | US v. JAMES ARIKPO, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Nan R. Nolan*

**FILED**
FEB 21 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

# 08CR 0151

NO BOND SET, DETAINED BY MAGISTRATE AS TO TOMITA INYANG. TO ISSUE BENCH WARRANT, AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO BILLI ALAKA AND JAMES ARIKPO. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO JELIL ADAMS.

JUDGE BUCKLO
MAGISTRATE JUDGE MASON

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#