**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORHTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Honorable Judge Bucklo |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  08 CR 151 |
| | ) | |
| TOMITA INYANG, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF KAREEMOT OLORUNOJE**

I, **KAREEMOT OLORUNOJE**, being duly sworn and deposed under oath, state as follows:

1.    That my name is KAREEMOT OLORUNOJE, and I reside with my mother, TOYIN DANIELS, at 7111 North Paulina, Apartment 2, Chicago, Illinois.

2.    That I am a U.S. citizen.

3.    That I am willing to act as a third party custodian if INYANG TOMITA is released on bond.

4.    That myself and INYANG are engaged to be married.

5. That I am employed by Aniter Center and Unlimited Agency, NEIU.  I am also a student at Northeastern University, studying Biology and hoping for a degree in Medical Administration.

6.    My Mother is employed at Unlimited Agency as a caregiver.

Both my mother and I are self-employed as hair braiders.

8.   Between my mother and myself, and INYANG'S family, we can raise TEN THOUSAND AND NO/100'S ($10,000.00) DOLLARS in cash to allow for defendant's release.

9.   Finally, I am proud to be a U.S. citizen, and would never risk my citizenship by allowing INYANG to violate his Bond.

**FURTHER THE AFFIANT SAYETH NAUGHT**

_____
KAREEMOT OLORUNOJE

**SUBSCRIBED AND SWORN** to before me

this 27th day of February , 2008.

_____
N O T A R Y   P U B L I C

OFFICIAL SEAL
PETER C. NABHAN
NOTARY PUBLIC, STATE OF ILL...
MY COMMISSION EXPIRES 3-30-200...

ROBERT HABIB
Attorney for Defendant
77 West Washington Street
Suite 411
Chicago, Illinois  60602
(3120 201-1421
Attorney No. 3128545