```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO. 08 CR 151 |
| | ) | |
| **TOMITA INYANG,** | ) | Honorable Judge Bucklo |
| | ) | |
| Defendant. | ) | Magistrate Mason |

## NOTICE OF MOTION

**TO:**  U.S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois
Attn: AUSA Marnie Zimmer

**TAKE NOTICE** that on the day of 6th March 2007, at 11:00 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Mason, in the courtroom usually occupied by him in Room 2214, at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached Motion, whereas you may be present if you so see fit.

/S/ Robert Habib

**ATTY. 3128545**
**ROBERT HABIB**
**Attorney for Certain Defendant, Inyang**
**77 W. Washington St., #411**
**Chicago, IL 60602**
**(312) 201-1421**

## CERTIFICATE OF SERVICE

I, ROBERT HABIB, hereby certify that a copy of this Notice and a copy of the Motion were served, on the above-named, by electronic service, via the Clerk of the District Court for the Northern District of Illinois, on the 26th day of February 2008.

/S/ Robert Habib
**ROBERT HABIB**