## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 2 | **DATE** | 2/27/2008 |
| **CASE TITLE** | United States vs. Inyang Tomita | | |

**DOCKET ENTRY TEXT**

Arraignment held on 2/27/08. Government's oral motion to amend the Indictment to reflect defendant's correct name as Inyang Tomita is granted. Robert Habib is given leave to file his appearance on behalf of defendant. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 3/5/08. Pretrial motions to be filed by 3/17/08. Responses to be filed by 3/27/08. Status hearing before Judge Bucklo set for 3/21/08 at 10:00 a.m. Defendant to remain in custody as previously ordered. Time is excluded pursuant to 18:3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985).    (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|