## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 2 | **DATE** | 3/6/2008 |
| **CASE TITLE** | United States vs. Tomita Inyang | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/6/08. Defendant's motion to vacate the detention order and allow release on bond is denied as stated in open court. Defendant to remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KF |
|---|---|---|