## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 151 - 2 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. Tomita | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew his plea of not guilty to all counts of the indictment and entered a plea of guilty to those counts. Defendant was informed of his rights. Judgment of guilty entered. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 9/29/08; and response by 10/6/08. Sentencing set for 10/10/08 at 10:30 a.m.  Trial set for 8/4/08 is vacated.. NO Plea Agreement filed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|